# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2008

Clifford W. Taylor,
Chief Justice

136236

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARGARET BRADDOCK,
      Plaintiff-Appellee,

v

SC: 136236
COA: 278982
Saginaw CC: 06-060182-AV

JGR, INC., d/b/a RPM AUTO
SALES COMPANY, INC.,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 5, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. See MCL 445.1862(1), which provides that "[a] regulated lender is not liable for a violation of this act if the regulated lender has fully complied with the federal Truth in Lending Act, 15 USC 1601, *et seq.* ("TILA") and *Mourning v Family Publication Svcs, Inc,* 411 US 356; 93 S Ct 1652; 36 L Ed 2d 318 (1973), and other federal case law construing TILA's definition of "finance charge."



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2008

*Corbin R. Davis*

Clerk

s0910